## WALKER v. FOLSOM ET. AL.

June 1, 1837.

*Rule on the sheriff to show cause why he should not furnish a bailpiece.*

Under the act of June 13, 1836, relating to the commencement of actions, it is the duty of the prothonotary, and not of the sheriff, to furnish a bailpiece to the bail when demanded.

THIS was *capias* in debt 300 dollars: bail 600 dollars, ret. 1st Monday, March 1839: ex't. 25th Feb. *Eo. die* defendant Folsom arrested, and O. M. Lawnds became his bail, by entering into a bail bond of that date to the sheriff, in the usual form.

[Walker v. Folsom et al.]

On the return day, the sheriff returned as to Folsom, " C. C. & B. B.," and at the same time returned the bond, together with the *capias ad respondendum*, to the office of the prothonotary of this court, who filed the same.

The bail was not excepted to.

Upon application to the sheriff, in April, 1839, he declined giving to the bail a bailpiece, and *J. M. Read* obtained this rule on the sheriff to show cause why he should not furnish the bailpiece.

*J. M. Read*, for the rule, cited the act of 13th June, 1836, (*Purd. Dig.* 41,) 1 *Dunl. P.* 161 ; 2 *Strange* 876 ; 4 *W. C. C. R.* 233.

*Tyson*, contra.

THE COURT said it was the duty of the prothonotary to give the bailpiece. The act of June 13, 1836, makes no alteration in the previous practice.

Rule discharged.